MARK W. COLEMAN #117306
NUTTALL & COLEMAN
2333 Merced Street
Fresno, California 93721
P: (559) 233-2900
F: (559) 485-3852

Attorneys for Defendant
QUINTIN BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>QUINTIN BROWN,<br><br>　　　　　　　　　　　Defendant. | Case No.: 1:19-cr-00256-NONE-SKO<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR BILL OF PARTICULARS AND ORDER**<br><br>Date:   September 8, 2020<br>Time:  1:00 p.m.<br>Judge: Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties herein that the hearing on Defendant's Motion for Bill of Particulars currently scheduled for September 8, 2020, at 1:00 p.m. be continued to **September 21, 2020,** at 1:00 p.m., before the Honorable Sheila K. Oberto.

This request is based upon the fact that counsel for Defendant is working with the U.S. Attorney to resolve the case.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Jeffrey Spivak, and he has no objection to this continuance.

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by the continuance of the Motion for the above-stated purposes.

Dated: September 4, 2020.                     Respectfully Submitted,

                                              NUTTALL & COLEMAN

                                              /s/ MARK W. COLEMAN

                                              MARK W. COLEMAN
                                              Attorney for Defendant,
                                              QUINTIN BROWN

Dated: September 4, 2020.                     UNITED STATES ATTORNEY'S OFFICE

                                              /s/  JEFFREY SPIVAK

                                              JEFFREY SPIVAK
                                              Assistant U.S. Attorney

* * * * * * * * *

# ORDER

**IT IS ORDERED** that the hearing on the Motion for Bill of Particulars currently scheduled on September 8, 2020, at 1:00 p.m. is continued to **September 21, 2020, at 1:00 p.m.** For the reasons set forth above, the continuance requested is granted for good cause and the court finds the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **September 4, 2020**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE