MARK W. COLEMAN #117306
NUTTALL & COLEMAN
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant, QUINTIN BROWN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUINTIN BROWN,<br><br>Defendant. | Case No. 1:19-CR-00256-NONE<br><br>**ORDER RE: DEFENDANT'S**<br><br>**PRO PER STATUS** |

GOOD CAUSE APPEARING

IT IS SO ORDERED that having found that the Defendant, QUINTIN BROWN, has been advised of his constitutional and statutory rights and has made an express, explicit, voluntary, knowing, and intelligent decision to represent himself, the court allows the defendant to appear in *propria persona*.

IT IS FURTHER ORDERED that Mark W. Coleman, prior counsel for Defendant, immediately provide the Fresno County Jail with a hard drive containing all discovery produced by the government and received by the defense up to this date.

///

///

IT IS FURTHER ORDERED that the Fresno County Jail allow the Defendant to access the Law Library and a laptop computer to view the discovery materials produced by the government in this criminal prosecution in light of his self-representation status.

IT IS SO ORDERED.

Dated: **April 19, 2021**

_____
UNITED STATES DISTRICT JUDGE

2