MCGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUINTIN BROWN,<br><br>Defendants | CASE NO. 1:19-CR-00256-NONE-SKO<br><br>EX PARTE APPLICATION TO EXTEND TIME; RESET BRIEFING SCHEDULE<br><br>(L.R. 144(c); 430.1(d),(f)<br><br>DATE: May 28, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

## I. **INTRODUCTION**

The United States moves ex parte for the Court to extend time for the government to respond to Defendant Quintin Brown's Motion for Franks Hearing (ECF #298) (the "Motion"); and reset the briefing schedule in this matter.

On April 16, 2021 the Court set the following briefing schedule: Motion to suppress filed by 4/30/2021. USA Response due by 5/14/2021. Defendant's reply due by 5/21/2021. Motion Hearing set for 5/28/2021 at 10:00 AM. (ECF #294).

On May 11, 2021, the Clerk's Office docketed Defendant's Motion, which was the first date the government received the Motion. The Motion is dated April 22, 2021 (and the government does not intend to litigate whether the motion was timely filed). The government's deadline to respond to the motion is May 14, 2021.

## II. MOTION

The government requests the Court:

  (1) Extend the Government's deadline to respond to the Motion to May 28, 2021;

  (2) Vacate the May 28, 2021 hearing date on the Motion; and

  (3) Order Defendant to submit an optional reply, if any, to the government's opposition by June 11, 2021.

The government defers to the Court whether it wants to set a hearing date now, or wait until the matter is fully briefed by the parties.

Dated: May 12, 2021          McGREGOR W. SCOTT
                  United States Attorney

              By: /s/ JEFFREY A. SPIVAK
                 JEFFREY A. SPIVAK
                 Assistant United States Attorney

## ORDER

Because defendant's motion to suppress was not docketed and received by the government until May 11, 2021, the amended briefing proposed by the government is hereby adopted. The non-evidentiary hearing on the motion is now re-set for June 18, 2021 at 9:30 a.m. If either party requests an evidentiary hearing they are directed to be prepared to support that request at the June 18, 2021 hearing. If the court determines that an evidentiary hearing is appropriate, that hearing will be scheduled for a date following the June 18, 2021 haring.

IT IS SO ORDERED.

Dated: **May 12, 2021**          _Dale A. Drozd_
                 UNITED STATES DISTRICT JUDGE