UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>QUINTIN BROWN,<br><br>    Defendant. | Case No.: 1:19-cr-00256 JLT<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>(Doc. 483) |

Quintin Brown moves the Court for an order terminating his supervised release early after having completed about 26 of the ordered 36 months. Throughout his time on supervision, M6 Brown has performed well. For the reasons set forth below, the motion is **GRANTED**.

**I. Background**

In 2021, Ms. Ferguson was convicted of with Distribution and Possession with Intent to Distribute Oxycodone, in violation of 21 U.S.C. 841(a)(1). (Doc. 379) On December 2, 2021, the Court sentenced him to 30 months in custody and 36 months of supervised release. (Docs. 377, 379) Mr. Brown began supervision on March 19, 2022, after completing his term of incarceration[1]. His supervision was transferred to the Central District of California when he moved there to live with his sister and then to the Southern District of California when he and his

---

[1] This, and the following information, was provided by Mr. Brown's probation officer.

1

sister moved there. Since January 2024, he has been supervised in the Northern District of Georgia where he now lives. He has performed well on supervision by providing drug tests demonstrating his abstention from illegal controlled substances, completing outpatient drug treatment, and continuing to participate in individual and group sessions to support his ongoing sobriety. Though he has struggled to find work, he has provided proof that he has worked odd jobs and assists with caring for an elderly relative. While on supervision, he is unable to obtain a commercial driver's license, which further exacerbates his ability to work.

**II. Analysis**

The Court acknowledges its discretion to terminate supervision early in this case. In considering the motion, the Court notes first that the underlying offense was a serious offense. However, Mr. Brown has complied with the terms of supervised release and demonstrated his commitment to being a valued member of the community. His probation officer supports early termination of her supervised release, and the government does not oppose it. (Doc. 491) For these reasons, and after considering the § 3583(e)(1) factors, the motion for early termination of supervised release (Doc. 483) is **GRANTED**.

IT IS SO ORDERED.

Dated:   **May 24, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE